UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JANINE BEGHTOL,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF SELAH, *et al.*,<br><br>    Defendants. | NO. CV-09-3049-RHW<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Before the Court is the parties' Stipulation for Order of Dismissal with Prejudice (Ct. Rec. 26). The parties indicate that they have reached final resolution of this matter by mediation and the case has been settled. The parties ask that the case be dismissed with prejudice. The Court accepts the parties' Stipulation.

Accordingly, **IT IS HEREBY ORDERED**:

1. The claims asserted in the above-captioned case are **dismissed** with prejudice and without costs or fees to any party.

2. The above-captioned case is **dismissed**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order, furnish copies to counsel and **close the file**.

**DATED** this 7th day of June, 2010.

*s/Robert H. Whaley*

ROBERT H. WHALEY
United States District Judge

Q:\CIVIL\2009\Beghtol\dismiss.wpd

**ORDER DISMISSING ACTION WITH PREJUDICE ~ 1**